UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

FISSIONTECH LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNIDENTIFIED
ASSOCIATIONS IDENTIFIED ON
"SCHEDULE A" et al.,

    Defendants.

Case No. ~~21-mc-[XXXXX]~~ 25-mc-153

**MOTION TO FILE REDACTED COMPLAINT**

The application is _X_ granted
                 ___ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: April 15, 2025
New York, New York

Pursuant to Federal Rules of Civil Procedure 5.2(d), Fissiontech LLC ("Fissiontech" or "Plaintiff"), by and through undersigned counsel, hereby respectfully requests the Court enter an Order authorizing the documents lodged herewith to be filed under seal. As required by 6.14, a complete unredacted copy of the documents for which permission to file under seal is requested has been attached electronically.

In addition, pursuant to 6.14, a publicly accessible version of the documents is attached hereto as Exhibit A, redacting only those portions of the documents that are the subject of this Motion. This Motion is made upon the grounds and for the reasons that:

1. An overriding interest exists that supports filing the defendants' names and exhibits under seal and overcomes the public's right of access;

2. There is a substantial probability of prejudice to the Plaintiff if the defendants' names and exhibits are not filed under seal.

3. The proposed restriction on public access is no greater than necessary to preserve the confidentiality of information subject to the overriding interest;

4. No reasonable, less restrictive alternative exists to preserve the confidentiality of the information.

Dated: New York, New York
    April 4, 2025

                                      **ANDERSON & ASSOCIATES LAW, P.C.**

                                      By: /s/ Yen-Yi Anderson
                                      Yen-Yi Anderson, Esq.
                                      Attorney for Plaintiff
                                      61 Broadway, Suite 2809
                                      New York, NY 10006
                                      Telephone: 646-403-9767
                                      Facsimile: 646-349-4396
                                      y.anderson@aalawpc.com